IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

GERALD L. REAM
JOAN A. REAM

CASE NO. 8:10-BK-07853
CHAPTER 13

Debtor(s)
_____/

### AGREED ORDER ON DEBTORS' VERIFIED MOTION TO STRIP LIEN AND DETERMINE SECURED FIFTH THIRD BANK, SECOND MORTGAGE

THIS CAUSE came on for consideration by agreement for the parties, upon Debtors' Verified Motion to Strip Lien and Determine Secured FIFTH THIRD BANK, Second Mortgage (the "Motion") (Document No.29). The Real Property that is subject of the Motion is located at 2319 BROOKFIELD GREENS CIR, SUN CITY CENTER, FLORIDA 33573 and further more particularly described as follows:

> CONDOMINIUM PARCEL: UNIT 38, BROOKFIELD CONDOMINIUM, ACCORDING TO DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 10116, PAGE 323. AND ALL AMENDMENTS THERETO AND ACCORDING TO PLAT THEREOF RECORDED IN CONDOMINIUM PLAT BOOK 18, PAGE 10, AND SUBSEQUENT AMENDMENTS THERETO; AND SUPPLEMENT THERETO RECORDED IN OFFICIAL RECORDS BOOK 10657, PAGE 1639, AND PLAT RECORDED IN CONDOMINIUM PLAT BOOK 18, PAGE 45, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

The parties have agreed and,

Accordingly, it is hereby

ORDERED:

1. The Motion is GRANTED.

2. Claim No. 13-1 filed by FIFTH THIRD BANK shall be treated as an unsecured claim in this Chapter 13 case.

3. Upon successful completion of the Debtor's chapter 13 Plan and the entry of a discharge under §1328 (a), the second mortgage lien shall be deemed null and void and no longer a lien against the property. The Second mortgage held by FIFTH THIRD BANK, in the amount of $103,069.02 recorded on August 30, 2007 at O.R. Book 18070 Page Numbers 1880-1885 Instrument number 2007382302 of the official records of Hillsborough County, Florida, is stripped as wholly unsecured and the mortgage shall be deemed satisfied by the recording of this Order following chapter 13 plan completion and entry of discharge.

4. Should the Debtor's fail to complete their chapter 13 Plan and receive a discharge under §1328 (a), then the lien shall remain.

/s/
Josh D. Donnelly, Esquire
Florida Bar #64788
9204 King Palm Drive
Tampa, FL 33619-1328
Attorney for Creditor
Fifth Third Bank

/s/
Christopher A Tancredo, Esquire
Florida Bar # 151009
1306 THONOTOSASSA RD
Plant City, FL 33563-4336
Attorney for Debtor
Gerald L. Ream and Joan A. Ream

DONE AND ORDERED on August 24, 2010.

K. Rodney May
United States Bankruptcy Judge

Copies furnished to:

FIFTH THIRD BANK
c/o Daniel C. Consuegra, Esquire
9204 King Palm Drive
Tampa, FL 33619-1328

GERALD L. REAM
2319 BROOKFIEL GREENS CR.
SUN CITY CENTER, FL 33573

JOAN A. REAM
2319 BROOKFIEL GREENS CR.
SUN CITY CENTER, FL 33573

CHRISTOPHER TANCREDO, ESQUIRE
1306 THONOTOSASSA RD.
PLANT CITY, FL 33563

TERRY E. SMITH, TRUSTEE
P.O. BOX 6099
SUN CITY CENTER, FL 33571